ECF CASE

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                Plaintiff,

       -against-

VIRGEN Y. PEREZ, Individually, and as officer, director, shareholder and/or principal of 2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT,

and

2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT,

                Defendants.
-----------------------------------------------------------------

RULE 7.1 GENERAL RULES
  SOUTHERN DISTRICT

Civil Action No. 07-cv-08854
Hon. Richard J. Sullivan

      PURSUANT TO RULE 7.1 OF THE GENERAL RULES OF THE SOUTHERN DISTRICT OF NEW YORK and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private (non-governmental) party certifies that the following are corporate parents, subsidiaries, or affiliates of that Party which are publicly held.

      There are no corporate parents, subsidiaries, or affiliates of the plaintiff, **J & J SPORTS PRODUCTIONS, INC.**

Dated: October 9, 2007
       Ellenville, New York

**J & J SPORTS PRODUCTIONS, INC.**

By: /s/Julie Cohen Lonstein
      JULIE COHEN LONSTEIN, ESQ.
      Attorney for Plaintiff
      Bar Roll No. JL8521
      LONSTEIN LAW OFFICE, P.C.
      Office and P.O. Address
      1 Terrace Hill : P.O. Box 351
      Ellenville, NY  12428
      Telephone:  (845) 647-8500
      Facsimile:   (845) 647-6277
      Email: Info@signallaw.com
      *Our File No.  07-4-S23*