## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

Index # 07CIV8854                                        Purchased/Filed: October 12, 2007

STATE OF NEW YORK       UNITED STATES DISTRICT COURT       SOUTHERN DISTRICT

---

*J & J Sports Productions, Inc. as broadcast licensee of the May 5, 2007 DeLaHoya/Mayweather Program*  **Plaintiff**

against

*Virgen Y. Perez, individually and as officer, director, shareholder and/or principal of 2151 Morena Restaurant LLC d/b/a Morena Restaurant, et al*  **Defendant**

---

STATE OF NEW YORK
COUNTY OF ALBANY        SS.:

_____Jessica Miller_____, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on _____November 7, 2007_____, at __2:00 pm__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed

Summons, Complaint, Rule 7.1 and Individual Judges Rules

on

_____2151 Morena Restaurant, LLC_____, the Defendant in this action, by delivering to and leaving with _____Donna Christie_____, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of __40__ dollars; That said service was made pursuant to Section __303 Limited Liability Company Law__.

Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served:  Approx. Age: __38__   Approx. Wt: __145__   Approx. Ht: __5'5"__
Color of skin: __White__   Hair color: __Blonde__   Sex: __F__   Other: _____

Sworn to before me on this

__8th__ day of _____November, 2007_____

DONNA M. TIDINGS
NOTARY PUBLIC, State of New York
No. 01TI4898570, Qualified in Albany County
Commission Expires June 15, 2011

Jessica Miller

Invoice•Work Order # SP0603774

**SERVICO, INC. - PO BOX 871 - ALBANY, NEW YORK 12201 - PH 518-463-4179**

ORIGINAL

%AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Southern District of New York

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the May 5, 2007
DeLaHoya/Mayweather Program,
                Plaintiff,
V.

VIRGEN Y. PEREZ, Individually, and as officer,
director, shareholder and/or principal of 2151
MORENA RESTAURANT LLC d/b/a MORENA
RESTAURANT, and 2151 MORENA
RESTAURANT LLC d/b/a MORENA
RESTAURANT,
                Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: **07 CIV 8854**

JUDGE SULLIVAN

TO: (Name and address of Defendant)
**2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT**
2151 Jerome Avenue
Bronx, New York 10453        Our File No. 07-4-S23

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)
LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within _____twenty (20)_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON                      OCT 1 2 2007

CLERK                                    DATE
(By) DEPUTY CLERK