DISTRICT COURT OF THE UNITED STATES
SOUTHERN DISTRICT

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC.; ET AL | Plaintiff (s) / Petitioner (s) |
| ~ vs ~ | |
| VIRGEN Y. PEREZ; ET AL | Defendant (s) / Respondent (s) |

Trans. #: 20072621
Date Filed:
Docket/Index #: 07 CIV 8854
Witness Fee: $0.00
File: No    Court Date:
Client Ref #:
MOUNTAIN SUPPORT SERVICES, INC.
1 TERRACE HILL
ELLENVILLE NY 12428

STATE OF NEW YORK: COUNTY OF SUFFOLK : SS:

<u>William Morrison</u>, BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND IS OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on <u>November 29, 2007</u> at <u>02:30 PM</u>, at <u>2285 ANDREW AVENUE, APT. 5G, BRONX NY 10468</u>
deponent served the within <u>SUMMONS, COMPLAINT, RULE 7.1</u>
on <u>VIRGEN Y. PEREZ</u> defendant therein named.

**INDIVIDUAL** [ ]
By personally delivering to and leaving with said _____ a true copy thereof,
And that he knew the person so served mentioned and described in said_____
Defendant was identified by self admission

**CORPORATION** [ ]
By delivering to and leaving with _____ at _____, and that he knew the person so served to be AUTHORIZED to accept service.
*Service was made in the following manner after your deponent was unable with due diligence to serve the defendant in person:*

**SUITABLE AGE PERSON** [X]
By delivering a true copy thereof to and leaving with <u>GISELLE ALACANTRA   CO RESIDENT</u>, a person of suitable age and discretion at <u>2285 ANDREW AVENUE, APT. 5G, BRONX, NY 10468</u> the said premise being the defendants / respondents dwelling place within the state of New York.

**AFFIXING TO DOOR, ETC.** [ ]
By affixing a true copy thereof to the door of the said premises, the same being the defendant's _____ within the State of New York.

**MAILING** [X]
Deponent completed service under the last two sections by depositing a true copy of the <u>SUMMONS, COMPLAINT, RULE 7.1</u>
in a postpaid, properly addressed envelope in an official depository under the exclusive care and custody of the United States Post Office in the State of New York, on <u>December 12, 2007</u> to the Above Address
FIRST CLASS MAIL

**PREVIOUS ATTEMPTS** [ ]
Deponent had previously attempted to serve the above named defendant/respondent.

A DESCRIPTION OF THE DEFENDANT OR OTHER PERSON SERVED ON BEHALF OF THE DEFENDANT IS AS FOLLOWS:

Approximate age <u>36</u> Approximate weight <u>132</u> Approximate height <u>5'5"</u> Sex <u>Female</u>
Color of skin <u>BROWN</u> Color of Hair <u>BLACK</u> Other _____

[X] Deponent spoke with Person Served _____ who confirmed non-military status of the defendant. The person spoken to stated the defendant was not in the military service of the United States government or on active duty in the military service in the state of New York.

_____
William Morrison 870436

Sworn to before me this 12/12/2007

_____
Robert Gillis
NOTARY PUBLIC State of New York
No. 01GI6083096
Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires Nov. 12, 20 <u>10</u>

Professional Process Servers LLC
1265 Sunrise Highway, Ste 107, Bay Shore, NY 11706
(631) 647-9470, Fax (631) 647-9468

AO 440 (Rev. 8/01) Summons in a Civil Action     ORIGINAL

# UNITED STATES DISTRICT COURT

Southern District of New York

J & J SPORTS PRODUCTIONS, INC., as Broadcast Licensee of the May 5, 2007 DeLaHoya/Mayweather Program,
  Plaintiff,
V.

VIRGEN Y. PEREZ, Individually, and as officer, director, shareholder and/or principal of 2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT, and 2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT,
  Defendants.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 07 CIV 8854

JUDGE SULLIVAN

TO: (Name and address of Defendant)

VIRGEN Y. PEREZ, Individually, and as officer, director, shareholder and/or principal of 2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT
2285 Andrews Avenue, Apt. 5G
Bronx, New York 10468-5925

Our File No. 07-4-S23

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

LONSTEIN LAW OFFICE, P.C.
1 Terrace Hill, P.O. Box 351
Ellenville, New York 12428
Tel. (845)647-8500

an answer to the complaint which is served on you with this summons, within ___twenty (20)___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
CLERK

DATE  OCT 12 2007

(By) DEPUTY CLERK