ECF CASE
JUDGE SULLIVAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------

**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,

                        Plaintiff,

  -against-

VIRGEN Y. PEREZ, Individually, and as officer, director, shareholder and/or principal of 2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT,

and

2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT,

                        Defendants.
-----------------------------------------------------------------

**REQUEST FOR CLERK'S ENTRY OF DEFAULT**
Civil Action No. 07-CV-8854-RJS- DCF
HON. RICHARD J. SULLIVAN

TO:    J. MICHAEL McMAHON, CLERK
         UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF NEW YORK

Please enter default of the following Defendants:

**VIRGEN Y. PEREZ, Individually, and as officer, director, shareholder and/or principal of 2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT, and 2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT**, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure for failure to plead or otherwise defend the above-captioned action as fully appears from the Court's file herein and from the attached affidavit of Julie Cohen Lonstein, Esq.

-2-

Dated: January 14, 2008                                LONSTEIN LAW OFFICE, P.C.
       Ellenville, New York

                                                             By: /s/ Julie Cohen Lonstein
                                                                     Julie Cohen Lonstein
                                                                     Bar Roll No. JL8512
                                                                     Attorney for Plaintiff
                                                                     1 Terrace Hill; PO Box 351
                                                                     Ellenville, NY 12428
                                                                     Telephone:  845-647-8500
                                                                     Facsimile:   845-647-6277