ECF CASE
JUDGE SULLIVAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
**GARDEN CITY BOXING CLUB, INC.**
as Broadcast Licensee of the **September 18,2004
DeLaHoya/Hopkins**, Program.

                              Plaintiff,      **CERTIFICATE OF SERVICE**

   -against-                                Civil Action No. 07-CV-8854-RJS- DCF
                                                 HON. RICHARD J. SULLIVAN

VIRGEN Y. PEREZ, Individually, and as officer,
director, shareholder and/or principal of 2151
MORENA RESTAURANT LLC d/b/a MORENA
RESTAURANT,

and

2151 MORENA RESTAURANT LLC d/b/a
MORENA RESTAURANT
                          Defendants
-----------------------------------------------------------------

      The undersigned certifies that on the 14th day of January 2008 your deponent served the following documents by regular mail:

      1) Request for Default
      2) Affidavit in Support of Request for Default
      3) Clerk's Certificate

on the following:

2151 Morena Restaurant, LLC.
2151 Jerome Ave.
Bronx, NY 10453

Virgen Y. Perez
2285 Andrews Avenue
Apt. 5G
Bronx, NY 10468-5925

                                                                 /s/ Julie Cohen Lonstein
                                                                 Julie Cohen Lonstein