ECF CASE
JUDGE SULLIVAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
**J & J SPORTS PRODUCTIONS, INC.,** as Broadcast Licensee of the **May 5, 2007 DeLaHoya/Mayweather** Program,
     Plaintiff,

 -against-

VIRGEN Y. PEREZ, Individually, and as officer, director, shareholder and/or principal of 2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT,

and

2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT,
     Defendants.
-------------------------------------------------------------

**NOTICE OF VOLUNTARY DISMISSAL**
Civil Action No. 07-CV-8854-RJS- DCF
HON. RICHARD J. SULLIVAN

  **NOW COMES THE PLAINTIFF, J & J SPORTS PRODUCTIONS, INC.** Plaintiff in the above entitled action, having compromised this action and no party herein being an infant or incompetent for whom a committee has been appointed and there being no person not a party who has any interest in the subject matter of said action, hereby moves that the above entitled action, be dismissed without prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

Dated: January 30, 2008
  Ellenville, New York

            By: /s/ Julie Cohen Lonstein
            Julie Cohen Lonstein, Esq.
            Bar Roll No. JL8512
            Lonstein Law Office, P.C.
            Attorneys for Plaintiff
            1 Terrace Hill; PO Box 351
            Ellenville, NY 12428
            Telephone: 845-647-8500
            Facsimile: 845-647-6277

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, a true copy of the foregoing document was served via regular mail upon:

2151 Morena Restaurant, LLC.
2151 Jerome Ave.
Bronx, NY 10453

Virgen Y. Perez
2285 Andrews Avenue
Apt. 5G
Bronx, NY 10468-5925

/s/ Julie Cohen Lonstein
Julie Cohen Lonstein, Esq.