ECF CASE
JUDGE SULLIVAN

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08
```

-------------------------------------------------

J & J SPORTS PRODUCTIONS, INC., as
Broadcast Licensee of the **May 5, 2007**
DeLaHoya/Mayweather Program,

      Plaintiff,

-against-

VIRGEN Y. PEREZ, Individually, and as officer,
director, shareholder and/or principal of 2151
MORENA RESTAURANT LLC d/b/a MORENA
RESTAURANT,

and

2151 MORENA RESTAURANT LLC d/b/a
MORENA RESTAURANT,

      Defendants.

-------------------------------------------------

ORDER FOR ▓▓▓▓▓ DISMISSAL
Civil Action No. 07-CV-8854-RJS-▓▓
HON. RICHARD J. SULLIVAN

The above-styled and numbered cause of action having been filed with the Court, it is, therefore, and the Plaintiffs Notice of Voluntary Dismissal having been considered, it is

**ORDERED** that the above matter pertaining to defendants, **VIRGEN Y. PEREZ, Individually, and as officer, director, shareholder and/or principal of 2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT, and 2151 MORENA RESTAURANT LLC d/b/a MORENA RESTAURANT** be dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure.

SO ORDERED this 31st day of January 2008

_/s/ Richard J. Sullivan_
HON. RICHARD J. SULLIVAN
UNITED STATES DISTRICT JUDGE